IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOAH MARTINEZ,<br>Defendant | INDICTMENT<br><br>Criminal No. 25-062 (MAJ)<br><br>Violations:<br>18 U.S.C. § 751(a)<br><br>ONE COUNT |

THE GRAND JURY CHARGES

COUNT ONE
Escape
(18 U.S.C. § 751(a))

On or about November 16, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

NOAH MARTINEZ,

did knowingly escape from custody in Volunteers of America, Inc. Residential Re-entry Center, an institutional facility where he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Puerto Rico upon conviction in criminal case number 3:21-CR-085 (SCC), in violation of Title 18, United States Code, Section 751(a).

FOREPERSON

Date: February 6, 2025

W. STEPHEN MULDROW
United States Attorney

Jonathan L. Gottfried
Assistant U.S. Attorney
Chief, Violent Crimes Division

Pedro R. Casablanca
Assistant U.S. Attorney